Michael J. Smikun, Esq.
CALLAGY LAW, PC
650 From Road, Suite 240
Paramus, NJ 07652
Tel: (201) 261-1700
Fax: (201) 549-6236
Email: msmikun@callagylaw.com
*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NeuroShield Network SE, LLC<br><br>Petitioner,<br><br>v.<br><br>Oscar Health Plan of Georgia<br><br>Respondent. | Civil Action No. 1:25-cv-04135-JHR<br><br>**ORDER GRANTING PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE** |

Upon request of Petitioner and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed <u>without</u> prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: July 30, 2025

_____
Jennifer H. Rearden
Judge, United States District Court